[No. 35080-7-II.   Division Two.   March 18, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON GUSTER CLOUD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-00373-8, Leonard W. Costello, J., entered July 7, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater, J.; Hunt, J., dissenting.

[No. 35372-5-II.   Division Two.   March 18, 2008.]

HARRY MUÑOZ ET AL., *Respondents*, v. RANDALL CHOPP ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-10364-2, Thomas Felnagle, J., entered September 1, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 35479-9-II.   Division Two.   March 18, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENE ROZETTA TERHORST, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 06-1-00073-9, E. Thompson Reynolds, J., entered October 12, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 35721-6-II.   Division Two.   March 18, 2008.]

WASHINGTON STATE UNIVERSITY, *Appellant*, v. THE PERSONNEL APPEALS BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-01395-3, Gary Tabor, J., entered December 1, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Penoyar, JJ.